DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVE SALVATIORE BRANA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2717

[June 15, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 431997CF001324C.

Leah H. Mayersohn of Mayersohn Law Group, P.A., Fort Lauderdale, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***